IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Grizales, John J | Case Number: 08 B 06220 |
| | Judge: Hollis, Pamela S |
| Printed: 01/13/09 | Filed: 3/14/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 1, 2008
Confirmed: August 18, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,185.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,107.97 |
| Trustee Fee: | | 77.03 |
| Other Funds: | | 0.00 |
| Totals: | 1,185.00 | 1,185.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 1,909.20 | 0.00 |
| 2. | Timothy K Liou | Administrative | 2,909.20 | 1,107.97 |
| 3. | Overland Bond & Investment Corp | Secured | 0.00 | 0.00 |
| 4. | Ford Motor Credit Corporation | Unsecured | 19,650.37 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 52.68 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 49.52 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 126.71 | 0.00 |
| 8. | Overland Bond & Investment Corp | Unsecured | 257.62 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 93.50 | 0.00 |
| 10. | Sonia Cervera | Priority | | No Claim Filed |
| 11. | Hamilton Court Condo Association | Unsecured | | No Claim Filed |
| 12. | HSBC | Unsecured | | No Claim Filed |
| 13. | TCF Bank | Unsecured | | No Claim Filed |
| | | | $ 25,048.80 | $ 1,107.97 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 77.03 |
| | $ 77.03 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Grizales, John J

Printed: 01/13/09

Case Number:  08 B 06220
Judge:  Hollis, Pamela S
Filed:  3/14/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

